| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Eddy, Cynthia R. | 2. Court or Organization U.S. District Court for the Western District of Pennsylvania | 3. Date of Report 07/29/2013 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Magistrate Judge (Full Time) | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
|---|---|---|

**7. Chambers or Office Address**

U.S. District Court of the Western District of PA
700 Grant Street
Suite 5380
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Lawyer Self-Employed Net income from form 1040 Schedule C |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Law Association | March 22-24, 2012 | NY, NY | Seminar | Transportation, Meals, Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 07/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dollar Bank | A | Interest | | | | | | | |
| 2. PNC Bank | A | Interest | | | | | | | |
| 3. 2012 ____ UBS Finanical IRA Account | | | | | | | | | |
| 4. -American Funds Euro Pacific Fund Class Stocks | | None | K | T | Sold (part) | 01/27/12 | J | | |
| 5. -Artisan Mid Cap Value FD Inv Stocks | A | Int./Div. | K | T | Sold (part) | 01/27/12 | J | A | |
| 6. -Baron Growth Fund Stocks | | None | K | T | Sold (part) | 01/27/12 | J | | |
| 7. -Blackrock Capital Appreciation Stocks | | None | L | T | Sold (part) | 01/27/12 | J | | |
| 8. -Eagle Mid Cap Growth Fund Stocks | | None | K | T | Sold (part) | 01/27/12 | J | | |
| 9. -Fairholme Fund Stocks | | None | L | T | Sold (part) | 01/27/12 | J | | |
| 10. -Oppenheimer Developing Markets Fund Stocks | | None | L | T | Sold (part) | 01/27/12 | J | | |
| 11. -Royce Special Equity Fund Stocks | A | Int./Div. | K | T | Sold (part) | 01/27/12 | J | A | |
| 12. -Fidelity Advisor Floating Rate Income Fund Stocks | | None | L | T | Sold (part) | 01/27/12 | J | | |
| 13. -Oppenheimer Senior Floating Rate Fund Stocks | | None | L | T | Sold (part) | 01/27/12 | J | | |
| 14. -Pimco Low Duration Fund Stocks | A | Int./Div. | K | T | Sold (part) | 01/27/12 | J | A | |
| 15. -Pimco Real Return Fund Stocks | A | Int./Div. | K | T | Sold (part) | 01/27/12 | J | A | |
| 16. -Pimco Total Return Fund | A | Int./Div. | L | T | Sold (part) | 01/27/12 | J | A | |
| 17. -Lululemon Athletica Common Stock | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -JP Morgan Chase Bank MLCD Fixed Income structure | | None | K | T | Buy | 01/26/12 | K | | |
| 19. UBS Bank Dep Acct Cash & Money Balances | | None | | | | | | | |
| 20. ▨ UBS Financial IRA Account | | | | | | | | | |
| 21. -American Funds Euro Pacific Fund Class Stocks | | None | K | T | | | | | |
| 22. -American Funds Wash Mutual Investors Fund Class Stocks | | None | K | T | Buy | 10/08/12 | K | | |
| 23. -Artisan Mid Cap Value FD Inv Stocks | | None | K | T | | | | | |
| 24. -Baron Growth Fund Stocks | | None | K | T | | | | | |
| 25. -Blackrock Capital Appreciation Inv Stocks | | None | K | T | Sold (part) | 10/08/12 | J | | |
| 26. -Eagle Mid Cap Growth Fund Stocks | | None | J | T | | | | | |
| 27. -Oppeheimer Developing Markets Fund Stocks | | None | K | T | | | | | |
| 28. -Royce Special Equity Fund Stocks | A | Int./Div. | J | T | Sold (part) | 10/08/12 | J | A | |
| 29. -Fidelity Advisor Floating Rate High Income Fund Stocks | A | Int./Div. | K | T | Sold (part) | 10/08/12 | J | A | |
| 30. -Oppenheimer Senior Floating Rate Fund | | None | K | T | Sold (part) | 10/08/12 | J | | |
| 31. -Pimco Low Duration Fund Stocks | A | Int./Div. | K | T | Sold (part) | 10/08/12 | J | A | |
| 32. -Pimco Real Return Stocks | A | Int./Div. | K | T | Sold (part) | 10/08/12 | J | A | |
| 33. -Pimco Total Return Fund Stocks | B | Int./Div. | L | T | Sold (part) | 10/08/12 | J | B | |
| 34. -UBS Bank Dep Acct Cash and Money balances | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Eddy, Cynthia R. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Ford Motor Co stock | | None | J | T | | | | | |
| 36. ⬚ USB Financial Resource Mgmt Acct | | | | | | | | | |
| 37. -UBS Bank Dep Acct Cash and Money balances | A | Interest | L | T | | | | | |
| 38. -American Funds Euro Pacific Mutual Fund | A | Int./Div. | J | T | | | | | |
| 39. -Blackrock Equity Mutual Fund | A | Int./Div. | J | T | Sold (part) | 12/13/12 | J | A | |
| 40. -Blackrock Capital Mutual Fund | A | Int./Div. | J | T | | | | | |
| 41. -Eagle Mid Cap Growth Mutual Fund | A | Int./Div. | J | T | Sold (part) | 12/20/12 | J | A | |
| 42. -Franklin Utilities Mutual Fund | A | Int./Div. | J | T | | | | | |
| 43. -Oppenheimer Developing Markets Mutual Fund | A | Int./Div. | J | T | | | | | |
| 44. -Royce Special Equity Mutual Fund | A | Int./Div. | J | T | Sold (part) | 12/06/12 | J | A | |
| 45. -Alpine Ultra Mutual Fund | A | Int./Div. | J | T | | | | | |
| 46. -Blackrock ST Mutual Fund | A | Int./Div. | J | T | | | | | |
| 47. -Invesco Tax Free Mutual Fund | A | Int./Div. | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 07/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Cynthia R. Eddy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544